DAVID B. BARLOW, United States Attorney (#13117)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
SAEED A. MODY, Trial Attorney, Civil Rights Division (NY Bar #4368080)
Attorneys for the United States of America
185 S. State St., #300
Salt Lake City, Utah 84111
Telephone:  (801) 524-5682
Facsimile:   (801) 524-6924

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

APR 14 2014

D. MARK JONES, CLERK
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGIS. NO. |
| Plaintiff, | MISDEMEANOR INFORMATION |
| vs. | |
| ROBERT KELLER, | VIO.  42 U.S.C. § 3631(a) FAIR HOUSING ACT VIOLATION |
| Defendant. | |

Case: 2:14-cr-00174
Assigned To : Sam, David
Assign. Date : 4/14/2014
Description: USA v. Keller

The United States Attorney Charges:

## COUNT 1

On or about December 30, 2013, in the Central Division of the District of Utah

ROBERT KELLER,

by threat of force, willfully intimidated and interfered with, and attempted to intimidate and interfere J.M. and T.M., two Caucasian family members of T.A., an African American person, because of J.M. and T.M.'s race and because J.M. and T.M. were and had been occupying a dwelling while associating with their African American family

member; all in violation of 42 U.S.C. § 3631(a).

## COUNT 2

On or about December 30, 2013, in the Central Division of the District of Utah

ROBERT KELLER,

by threat of force, willfully intimidated and interfered with, and attempted to intimidate and interfere with T.A., an African American person, because of T.A.'s race and because T.A. was and had been occupying a dwelling; all in violation of 42 U.S.C. § 3631(a).

DAVID B. BARLOW
United States Attorney

_____
CARLOS A. ESQUEDA
Assistant United States Attorney

JOCELYN SAMUELS
Acting Assistant Attorney General

_____
SAEED A. MODY
Trial Attorney
Civil Rights Division, Criminal Section