CARLIE CHRISTENSEN, Acting United States Attorney (#0633)
CARLOS A. ESQUEDA, Assistant United States Attorney (#9811)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ROBERT EDWARD KELLER, Defendant. | Case No. 2:14-CR-00174 TC POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING FACTORS U.S.S.G. § 6A1.2, DUCrimR 32-1 MAGISTRAGE JUDGE EVELYN J. FURSE |

      The United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Rule DUCrimR 32-1(b), Rules of Practice of the United States District Court for the District of Utah, states that after reviewing the Presentence Report prepared by the U.S. Probation Office in connection with the sentencing of the above-named defendant, that it is unaware of any matters disputed between the government and the defendant with respect to such report.

//

//

//

//

The United States has no objection to the Presentence Report.

DATED this 12th day of November, 2014.

                                                   CARLIE CHRISTENSEN
                                                   Acting United States Attorney

                                                 */s/ Carlos A. Esqueda*
                                                 CARLOS A. ESQUEDA
                                                 Assistant United States Attorney